UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHILLA BAKERY, LLC<br>7039 Little River Turnpike<br>Annandale, Virginia  22003<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES CITIZENSHIP &<br>　IMMIGRATION SERVICES<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C.  20529<br><br>　　　　　and<br><br>NEBRASKA SERVICE CENTER<br>UNITED STATES CITIZENSHIP &<br>　IMMIGRATION SERVICES<br>805 S. Street<br>Lincoln, Nebraska  68508<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  06-1738 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendants in the above-captioned case.

Respectfully submitted,

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C.  20530
(202) 514-7220

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> MICHAEL W. LIN
> Braverman & Lin, P.C.
> 4001 North 9th Street
> Suite 222
> Arlington, Virginia 22203

on this   21st   day of December, 2006.

 

> MEGAN L. ROSE
> Assistant United States Attorney
> Judiciary Center Building - Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530