UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHILLA BAKERY, LLC )<br>7039 Little River Turnpike )<br>Annandale, Virginia  22003 )<br>)<br>                Plaintiff, )<br>    v. )<br>)<br>UNITED STATES CITIZENSHIP & )<br>   IMMIGRATION SERVICES )<br>20 Massachusetts Avenue, N.W. )<br>Washington, D.C.  20529 )<br>)<br>           and )<br>)<br>NEBRASKA SERVICE CENTER )<br>UNITED STATES CITIZENSHIP & )<br>   IMMIGRATION SERVICES )<br>805 S. Street )<br>Lincoln, Nebraska  68508 )<br>)<br>           Defendants. )<br>                                ) | Civil Action No.  06-1738 (RMC) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

     Defendants, both components of the United States Department of Homeland Security, by and through the undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint in the above-captioned action.  Defendants request that the deadline for responding be extended thirty days, specifically from December 26, 2006 until January 26, 2007.  This is Defendants' first request for an enlargement of time in this case, and no scheduling order has been entered.  Plaintiff, through counsel, has graciously consented to the requested relief.  The grounds for this motion are set forth below.

     The additional time requested is needed to obtain critical information about the circumstances of this case.  Plaintiff brought the instant action seeking a working visa for one of its employees.  See Compl.  Counsel for Defendants has reviewed the complaint and has been in

contact with agency counsel, who is currently attempting to obtain a rather large administrative record. Once the agency obtains the necessary information, counsel for Defendants can then consult with agency counsel and better address the relevant issues. Additional time will allow for the coordination between counsel and allow for the preparation of Defendants' response. Furthermore, the time requested takes into account the holiday season and any accompanying difficulties due to various individual's leave schedules.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for answering or otherwise responding to Plaintiff's Complaint be extended to January 26, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

> MICHAEL W. LIN
> Braverman & Lin, P.C.
> 4001 North 9th Street
> Suite 222
> Arlington, Virginia 22203

on this __21st__ day of December, 2006.

> _____
> MEGAN L. ROSE
> Assistant United States Attorney
> Judiciary Center Building - Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHILLA BAKERY, LLC )<br>7039 Little River Turnpike )<br>Annandale, Virginia  22003 )<br>                              )<br>            Plaintiff,    )<br>    v.                       )<br>                              )<br>UNITED STATES CITIZENSHIP & )<br>   IMMIGRATION SERVICES )<br>20 Massachusetts Avenue, N.W. )<br>Washington, D.C.  20529 )<br>                              )<br>        and                )<br>                              )<br>NEBRASKA SERVICE CENTER )<br>UNITED STATES CITIZENSHIP & )<br>   IMMIGRATION SERVICES )<br>805 S. Street )<br>Lincoln, Nebraska  68508 )<br>                              )<br>            Defendants.  )<br>_____) | Civil Action No.  06-1738 (RMC) |

**ORDER**

UPON CONSIDERATION of the defendants' consent motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the defendants' motion is hereby GRANTED, and that defendants shall have through and including January 26, 2007 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE