AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Shilla Bakery, LLC

**SUMMONS IN A CIVIL CASE**

V.

Emilio Gonzales et al.

CASE NUMBER  1:06CV01738

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/10/2006

JURY ACTION

TO: (Name and address of Defendant)

F. Gerard Heinauer
Acting Director, Nebraska Service Center
U.S. Citizenship and Immigration Services
850 S Street
Lincoln, NE 68508

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W. Lin
Braverman & Lin, P.C.
4001 North 9th Street, Suite 222
Arlington, VA 22203

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                         OCT 10 2006

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | October 20, 2006 |
| NAME OF SERVER (PRINT) Yvonne Carvajal | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

(G) Other (specify): Certified Mail; Return Receipt for Merchandise

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/07/06
_____
Date

Signature of Server: Y. Carvajal

Address of Server: 4001 N. 9th St., Suite 222, Arlington, VA 22203

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.