IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Shilla Bakery, LLC )
7039 Little River Turnpike )
Annandale, Virginia 22003 )
) Case No. 1:06-cv-01738-RMC
Plaintiff )
v. )
)
Emilio Gonzales )
Director, )
United States Citizenship and )
Immigration Services )
20 Massachusetts Avenue, NW )
Washington, DC 20529 )
)
F. Gerard Heinauer )
Acting Director )
Nebraska Service Center )
United States Citizenship and )
Immigration Services )
805 S Street )
Lincoln, NE 68508 )
)
Defendants )
)

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed without prejudice, and the parties to bear their own costs, including any possible attorneys' fees or other expenses of this litigation. See Fed. R. Civ. P. 41(a)(1)(ii).

By: Michael W. Lin
Braverman & Lin, P.C.
4001 North 9th Street
Suite 222
Arlington, VA 22203
*Attorney for Plaintiff*

By: Megan L. Rose
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC 20530
*Attorney for Defendants*